# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC dba MR. COOPER,<br><br>Plaintiff,<br><br>v.<br><br>SNOWDOWN HOMEOWNERS ASSOCIATION, CORPORATION,<br><br>Defendant. | Case No. 3:17-cv-00646-MMD-VPC<br><br>ORDER |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff Nationstar Mortgage LLC dba Mr. Cooper has drawn into question the constitutionality of NRS § 116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 30th day of October 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE