James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
PENGILLY LAW FIRM
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
Telephone: (702) 889-6665
Facsimile: (702) 889-6664
*Attorneys for Defendant
Snowdown Homeowners Association, Corporation*



FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB - 1 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA   ORDER

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC dba MR. COOPER,<br><br>Plaintiffs,<br><br>v.<br><br>SNOWDOWN HOMEOWNERS ASSOCIATION, CORPORATION,<br><br>Defendants. | CASE NO.: 3:17-cv-00646-MMD-VPC<br><br>**DEFENDANT SNOWDOWN HOMEOWNERS ASSOCIATION'S MOTION TO APPEAR TELEPHONICALLY FOR HEARING SET FOR – February 14, 2018 at 2:00 pm** |

Defendant, SNOWDOWN HOMEOWNERS ASSOCIATION ("HOA"), by and through its counsel of record, the PENGILLY LAW FIRM, hereby requests leave to appear telephonically for the case management conference scheduled to take place on February 14, 2:00 p.m.

### MEMORANDUM OF POINTS AND AUTHORITIES

On December 28, 2017, the Court issued a minute order scheduling a case management conference in this matter on February 14, 2018, at 2:00 p.m. (ECF No. 12.) The minute order further directs that counsel shall appear in person in Reno unless leave to appear telephonically is obtained prior to the conference.

1

Because the HOA's counsel's office is located in Las Vegas, counsel requests leave to appear telephonically at the subject case management conference.

The parties filed their proposed discovery plan and scheduling order on January 10, 2018. (ECF No. 13). The order approving the proposed discovery plan was entered on January 11, 2018. (ECF No. 15) The parties filed the case management report on January 29, 2018. (ECF No. 17.)

Counsel understands the case management conference itself is generally brief. The interests of judicial economy weigh in favor of granting the HOA leave to appear telephonically to eliminate the costs incurred for counsel to travel to Reno to attend the case management conference in person. The HOA respectfully suggests that good cause exists to allow its counsel to appear telephonically at the time of the case management conference.

## CONCLUSION

Based upon the foregoing, the HOA's counsel respectfully requests leave to appear telephonically at the time of the case management conference that is scheduled to take place on February 14, 2018, at 2:00 p.m. Counsel further requests instructions for doing so.

DATED this 31st day of January, 2018.

PENGILLY LAW FIRM

/s/ Elizabeth B. Lowell, Esq.
James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
*Attorneys for Defendant*
*Snowdown Homeowners Association, Corporation*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: February 1, 2018