James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
PENGILLY LAW FIRM
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
Telephone: (702) 889-6665
Facsimile: (702) 889-6664
*Attorneys for Defendant*
*Snowdown Homeowners Association, Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC dba MR. COOPER, <br><br> Plaintiffs, <br><br> v. <br><br> SNOWDOWN HOMEOWNERS ASSOCIATION, CORPORATION, <br><br> Defendants. | CASE NO.: 3:17-cv-00646-MMD-VPC <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FILED BY NATIONSTAR MORTGAGE, LLC** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Nationstar Mortgage, LLC ("Bank") and Snowdown Homeowners Association, Corp. ("HOA"), by and through undersigned and respective counsel of record, that the HOA may have up to and including July 20, 2018, in which to respond to the motion for summary judgment filed by the Bank (ECF No. 28).

//

//

//

//

1

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 25th day of June, 2018.      DATED this 25th day of June, 2018.

**PENGILLY LAW FIRM**                    **AKERMAN, LP**

*/s/ Elizabeth Lowell*                   */s/ Thera Cooper*
James W. Pengilly, Esq.                  Thera Cooper, Esq.
Nevada Bar No. 6085                      Nevada Bar No. 13468
Elizabeth Lowell, Esq.                   1635 Village Center Cir., Suite 200
Nevada Bar No. 8551                      Las Vegas, NV 89134
1995 Village Center Cir., Suite 190      (702) 634-5000
Las Vegas, NV  89134                     *Counsel for Plaintiff*
(702) 889-6665
*Counsel for Defendant*
*Snowdown Homeowners Association*

## ORDER

IT IS SO ORDERED this  28th  day of  June , 2018.

**UNITED STATES DISTRICT COURT JUDGE**

Respectfully Submitted by:

**PENGILLY LAW FIRM**

*/s/ Elizabeth B. Lowell, Esq.*
James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, NV  89134
*Attorneys for Defendant*
*Snowdown Homeowners Association, Corporation*