MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC dba Mr. Cooper*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC dba MR. COOPER<br><br>Plaintiffs,<br><br>vs.<br><br>SNOWDOWN HOMEOWNERS ASSOCIATION, CORPORATION<br><br>Defendants. | Case No.: 3:17-cv-00646-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Nationstar Mortgage LLC dba Mr. Cooper (**Nationstar**) and Snowdown Homeowners Association, Corporation (**Snowdown**) stipulate as follows:

Nationstar moved for summary judgment on June 14, 2018. ECF No. 28. Snowdown opposed Nationstar's motion and independently moved for summary judgment on July 20, 2018. *See* ECF Nos. 31 and 32.

The current deadlines for Nationstar to reply in support of its motion for summary judgment and oppose Snowdown motion are August 3, 2018 and August 10, 2018, respectively.

The parties agree Nationstar shall have up to, and including, August 17, 2018 to reply supporting its motion for summary judgment and to oppose Snowdown's motion.

…

…

…

…

1

45878840;1

This request is not made for purpose of delay, and is the first request for an extension made regarding this reply.

Dated this 27th day of July, 2018.

| **AKERMAN LLP** | **PENGILLY LAW FIRM** |
|---|---|
| */s/ Thera A. Cooper* | */s/ Elizabeth Lowell* |
| MELANIE D. MORGAN, ESQ. | JAMES W. PENGILLY, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 6085 |
| THERA A. COOPER, ESQ. | ELIZABETH LOWELL, ESQ. |
| Nevada Bar No. 13468 | Nevada Bar No. 8551 |
| 1635 Village Center Circle, Suite 200 | 1995 Village Center Circle, Suite 190 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89134 |
| *Attorneys for Nationstar Mortgage LLC* | *Attorneys Snowdown Homeowners Association* |

**IT IS SO ORDERED** this 30th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE